1072

[No. 40299-8-II.  Division Two.  August 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS FERNANDO VARGAS-GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00530-3, Roger A. Bennett, J., entered January 22, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 40362-5-II.  Division Two.  August 3, 2011.]

MAHER INGELS SHAKOTKO CHRISTENSEN, LLP, *Respondent*, v. WILLIAM R. ROSE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05446-8, Katherine M. Stolz, J., entered January 29, 2010. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Hunt, JJ.

[Nos. 40493-1-II; 40581-4-II.  Division Two.  August 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L. CULVER II, *Appellant*.

*In the Matter of the Personal Restraint of* RONALD LEROY CULVER II, *Petitioner*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00434-0, Toni A. Sheldon, J., entered March 15, 2010, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Hunt, J.